IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MANUEL J. FRANCO,<br><br>Plaintiff,<br><br>v.<br><br>MOORE WATER TREATMENT, INC.,<br><br>Defendant. | Case No. 2:24-cv-02314 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Manuel J. Franco ("Franco") and Defendant Moore Water Treatment, Inc. ("Moore Water") hereby announce that Franco and Moore Water have resolved Franco's claims against Moore Water and hereby stipulate to the dismissal of Franco's claims against Moore Water, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with Franco and Moore Water each bearing their own costs.

Dated: May 2, 2025.

DOYLE & BRUCE LLC

/s/ Daniel L. Doyle
Daniel L. Doyle, KS Bar No. 11260
Robert A. Bruce, KS Bar No. 28332
Brittany K. Ussery, KS Bar No. 30022
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: (913) 543-8558
Facsimile: (913) 543-3888
E-mail: Dan@KCLaw.com
Robert@KCLaw.com
Brittany@KCLaw.com
*Attorneys for Plaintiff, Manuel J. Franco*

and

HINKLE LAW FIRM LLC

/s/ Eric W. Barth
Eric W. Barth, SC #21193
1617 N. Waterfront Pkwy, Suite 400
Wichita, Kansas 67206
Telephone: 316-267-2000
Facsimile: 316-630-8466
Email: ebarth@hinklaw.com
*Attorneys for Defendant,*
*Moore Water Treatment, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of May, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

/s/ Eric W. Barth
Eric W. Barth